UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

Luis Alcala

           Plaintiff,

  -against-

CVS Caremark Corporation

           Defendant(s).
----------------------------------X

**ORIGINAL**

NOTICE OF MOTION

_____CV_____( )

24-CV-03555 (EK) (LB)

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation of __Luis Alcala__, sworn to or affirmed __2/26/25__, 20__25__ and upon the complaint herein, plaintiff will move this Court, _____, U.S.D.J., in room ___, United States Courthouse, Brooklyn, New York 11201, on the __13__ day of __March__, 20__25__, at __10 am__ or as soon thereafter as counsel can be heard, for an order pursuant to ~~Rule~~ CPLR __3217__ of the Federal Rules of Civil Procedure granting __I am voluntary discontinuing this complaint in federal court__

Dated: __2/26/25__

Plaintiff Pro Se

Signature: _[signed]_
Print Name: Luis Alcala
Address: 3051 Ocean Ave, Bk, NY 11235
Phone #: 646 584 7064

REC'D IN PR[O] SE OFFICE
FEB 26 '25 PM 4:41

Motion Form & Instructions - U.S. District Court-EDNY Rev. 1/2006

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK

COUNTY OF KINGS

---

LUIS ALCALA,                                              Case Number 24-CV-03555 (EK) (LB)

     Plaintiff

v.

CVS CAREMARK CORPORATION

     Defendant

---

**NOTICE OF VOLUNTARY DISMISSAL**

The Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**PLEASE TAKE NOTICE** that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned Plaintiff, Luis Alcala, hereby voluntarily dismisses the above-captioned action against Defendant, CVS Caremark Corporation, without prejudice.

Respectfully submitted,

Dated: February 18, 2025
Brooklyn, New York

Luis Alcala
3051 Ocean Avenue, Apt C10
Brooklyn, NY 11235
(646) 584-7064